**943** FOWLER vs. CIRCUIT JUDGE (Manistee), 31 M., 72.

To compel amendment to bill of exceptions.
Denied January 7, 1875.
Held, that relator had waived his right to the relief sought.

**944** HAMILTON ET AL. vs. CIRCUIT JUDGE (Calhoun), 28 M., 267.

To compel respondent to incorporate certain proceedings into a bill of exceptions in a criminal case.
Granted October 28, 1873.
The proceedings sought to be introduced were those had upon a motion to strike from the files a rejoinder to a replication to a plea to the jurisdiction, and to default the defendant for want of rejoinder, a motion for leave to file a second rejoinder and a motion to quash the information.

**945** MORLEY vs. CIRCUIT JUDGE (Wayne), No. 14626.

To compel respondent to file and incorporate in a bill of exceptions his reasons for denying a motion for a new trial, in a case where no request was made therefor until the bill of exceptions was settled, some five months after the motion was denied, and the return sets forth that the motion was based upon alleged errors in rulings during the trial, and in order to comply with the request a re-argument of the motion would be necessary.
Denied January 31, 1895, with costs.